UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH W. MCCLAIN,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:12-CV-265 |
| JAMES WALSH, *et al.*,<br>　　　Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 5th day of November, 2012, upon consideration of the reports and recommendations of the magistrate judge (Docs. 27-28), filed September 28, 2012 and October 12, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

　　　1. The magistrate judge's reports (Docs. 27 and 28) are adopted.

　　　2. Plaintiff's motion for a temporary restraining order (doc. 14) is DENIED.

　　　3. Defendants' motion to dismiss (doc. 10) is GRANTED.

　　　4. Plaintiff's complaint is DISMISSED with prejudice.

　　　5. The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge